No. 03–5550. Jackson v. United States. C. A. 6th Cir. Certiorari denied.

No. 03–5551. Maldonado-Valles v. United States; and Najera-Arellano v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 244 (second judgment) and 251 (first judgment).

No. 03–5552. Leonos-Marques v. United States. C. A. 8th Cir. Certiorari denied.

No. 03–5553. Andrade-Reyes v. United States; Galvan-Duarte v. United States; and Benavidez-Diaz, aka Ramirez-Martinez v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 246 (first judgment) and 253 (third judgment); 69 Fed. Appx. 657 (second judgment).

No. 03–5555. Ward-O'Neill v. United States. C. A. 1st Cir. Certiorari denied.

No. 03–5556. Anderson v. Mullins, Warden. C. A. 10th Cir. Certiorari denied.

No. 03–5557. Gamez-Tovar v. United States; and Arias-Ortega v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 246.

No. 03–5558. Haney v. Kansas. Sup. Ct. Kan. Certiorari denied.

No. 03–5559. Shelton v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–5560. Lopez-Gaitan v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–5561. Alarcon-Lechuga v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–5562. Blaquiere et al. v. Showa Denko K. K. et al. C. A. 4th Cir. Certiorari denied.

No. 03–5563. Thang Doan, aka Am Ngoc Chau v. United States. C. A. 11th Cir. Certiorari denied.